1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHAMLA THATLOR,<br><br>              Petitioner(s),<br><br>  v.<br><br>PAMELA BONDI, et al.,<br><br>              Respondent(s). | CASE NO. C26-794-KKE<br><br>ORDER ON MOTION TO DISMISS |

On March 10, 2026—the day after Petitioner filed her petitioner for a writ of habeas corpus—Petitioner filed what is styled a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedures 41(a)(1)(A)(i). Dkt. No. 4. Under that Rule, a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because Respondents have not responded to the habeas petition, Petitioner did not need to file a motion and does not need a court order to dismiss this case.

Accordingly, the Court construes Petitioner's motion as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), which automatically effects the dismissal of this action. Fed. R. Civ. P. 41(a)(1)(B). Pursuant to the notice of dismissal (Dkt. No. 4), the Clerk is DIRECTED to close this case.

Dated this 13th day of March, 2026.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ON MOTION TO DISMISS - 2